AO 91 (Rev.5/85) Criminal Complaint **05/18**

# United States District Court

DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
V.
NIMESH PATEL
Citizen of India
YOB: 1991
205922972
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 13-1666MP

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about May 18, 2013, near San Luis, Arizona in the District of Arizona, Defendant NIMESH PATEL -, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part here of. [X] Yes [ ] No

Signature of Complainant

Travis White
Border Patrol Agent

Sworn to before me and subscribed in my presence,

May 20, 2013 at Yuma, Arizona
City and State

James F. Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# STATEMENT OF FACTUAL BASIS

Defendant: NIMESH PATEL -

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien.

**CRIMINAL HISTORY:** None found.

Narrative: The Defendant, a citizen of India and illegally within the United States, was encountered by Yuma Border Patrol Agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of India and illegal in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on May 18, 2013.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

Charges: 8 USC§1325 (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

May 20, 2013

Date

Signature of Judicial Officer